PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Apr 21, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NO.: |
| SUKHMANPREET SINGH JAWANDA | 2:22-SW-00324-DB |
| ROBERT "BOBBIE" JO VANN | 2:22-SW-00325-DB |
| LONNIE BRICE VANN | 2:22-SW-00326-DB |
| BLACK GMC SIERRA, CA #C049J1 | 2:22-SW-00327-DB |
| BLACK/RED 2021 DODGE CHARGER, CA #8XIW871 | 2:22-SW-00328-DB |
| GREY 2021 DODGE DURANGO, CA #8YGP548 | 2:22-SW-00329-DB |
| RED 2010 NISSAN ALTIMA, CA #BOBEEJO | 2:22-SW-00330-DB |
| | ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: April 21, 2023

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS